# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOANNE M. HARRAH,**

                  **Plaintiff,**

**vs.**                                     **Case No.  8:03-cv-2676-T-MSS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

                  **Defendant.**

_____

## <u>ORDER</u>

**THIS CAUSE** comes before the Court for consideration of Plaintiff's counsel's Unopposed Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act 28 U.S.C. Section 2412 (d) (Dkt. 25).  Plaintiff's counsel requests an award of attorney's fees in the amount of $4,919.06, calculated at varying rates per hour for 32.50 hours of work in this case.  Specifically, based on cost of living increases pertaining to the year in which the work was completed, Plaintiff's counsel seeks attorney's fees for: 2.70 hours of work during 2003 at an hourly rate of $147.50 for a total of $398.25; 28.80 hours of work during 2004 at an hourly rate of $151.63 for a total of $4,366.94; and, 1.00 hour of work during 2005 at an hourly rate of $153.97.  By the Court's calculation, that total is $4,919.16, not the $4,919.06 requested by Plaintiff's counsel.  Defendant has no objection to the requested payment.

The Court, upon a review of Plaintiff's Motion for Attorney's Fees and Costs, finds that the attorney's fees and costs requested are reasonable and justified.

-1-

Accordingly, Plaintiff's Motion for Attorney's Fees and Costs Pursuant to 28 U.S.C. Section 2412 (Dkt. 25) is **GRANTED**, and Plaintiff is awarded attorney's fees in the newly calculated amount of $4,919.16.

**DONE** and **ORDERED** in Tampa, Florida this 8th day of June 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Counsel of Record